HON. BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENSON MILLS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KENNETH FORTENBERRY, JOHN DOES NO. 1-10, <br><br> Defendants. | CIVIL ACTION NO. 2:23-cv-00686-BJR <br><br> **ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR EXPEDITED DISCOVERY** |

This matter came before the Court on the motion of Plaintiff Benson Mills, Inc. ("Benson Mills" or "Plaintiff"), through its attorneys, Dorsey & Whitney LLP, requesting leave to serve expedited discovery. Upon review of Plaintiff's Motion, supporting papers, and the pleadings filed in this action, the Court FINDS and ORDERS as follows:

Plaintiff's Motion is **GRANTED** as follows.

ORDER GRANTING PLAINTIFF'S MOTION FOR
EXPEDITED DISCOVERY - 1
2:23-cv-00686-BJR

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Plaintiff is granted leave, prior to the Rule 26(f) conference, to serve a Rule 45 subpoena on Amazon.com, Inc. in substantially the same form as submitted as Exhibit A to the Motion.

SO ORDERED this 8th day of June, 2023.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

DORSEY & WHITNEY LLP

*s/ Erin Kolter*
ERIN KOLTER WSBA #53365
kolter.erin@dorsey.com
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: (206) 903-8800
Facsimile: (206) 903-8820

*Attorneys for Plaintiff Benson Mills, Inc.*

ORDER GRANTING PLAINTIFF'S MOTION FOR
EXPEDITED DISCOVERY  - 2
2:23-cv-00686-BJR

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820